Certificate Number: 05781-ARW-DE-041455540

Bankruptcy Case Number: 21-71294

05781-ARW-DE-041455540

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2026, at 9:11 o'clock AM PDT, Alexandria Waddlemurphy completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Arkansas.

Date: September 17, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President